JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JOSUE JONATHAN TELLEZ-SERRANO,

Petitioner,

v.

FERETI SEMAIA, et al,

Respondents.

No. 5:26-cv-04183-BFM

**JUDGMENT**

On August 31, 2026, the Court issued an order granting the petition and ordered Petitioner Josue Jonathan Tellez-Serrano (A# 141-001-516) to be immediately released on reasonable conditions. (ECF 11 at 12.) Petitioner reports that he has been released from Respondents' custody. (ECF 12.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: September 2, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE